UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CHRISTOPHER EDWARDS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:19-cv-151<br>) |
| STATE OF VERMONT, JIM BAKER,<br>TYLER BIXTER, and DOUG DENSMORE, | )<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

A review of the docket in this case reveals the following:

1. On August 9, 2019, Plaintiff Christopher Edwards filed an Application for Leave to Proceed In Forma Pauperis ("IFP") together with the required financial affidavit and a proposed Complaint.

2. On September 4, 2019, Plaintiff's IFP Application was granted and his Complaint filed.

3. On August 4, 2020, the Magistrate Judge issued a Report and Recommendation ("R & R"), recommended that the court grant the motion to dismiss filed by Defendants State of Vermont, Jim Baker, Tyler Bixter, and Doug Densmore and grant Plaintiff leave to file an Amended Complaint. Neither party filed objections to the R & R.

4. On September 21, 2020, the court issued an Opinion and Order adopting the R & R, granted Plaintiff leave to amend his Complaint, and warned that "Plaintiff's action will be DISMISSED if an Amended Complaint is not filed within thirty (30) days from the date of this Order." (Doc. 14 at 4.)

5. No further filings have been received as of the date of this Order.

Accordingly, this case is DISMISSED. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 25th day of January, 2021.

Christina Reiss, District Judge
United States District Court